UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JAY A. JORGENSEN,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF IDAHO FALLS, RYAN PICARD, ETHAN LOVE, SPENSER WOOD, S. NAGLE, B. YORGESON, and JOHN DOES I-V,<br><br>    Defendants. | Case No. 4:25-cv-00140-AKB<br><br>**LITIGATION ORDER AND NOTICE OF TELEPHONIC SCHEDULING CONFERENCE** |

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. Plaintiff must serve this order on all parties who have not entered an appearance via PACER to date. Within thirty days of the filing of the Complaint, Plaintiff must file with the Court a status report regarding service of the Summons and Complaint pursuant to Dist. Idaho L. Rule 4.1.[1] Alternatively, Plaintiff may file proof of service in lieu of the status report otherwise required.

2. Pursuant to Dist. Idaho L. Rule 16.1, the parties must meet and determine:

    A. A Litigation Plan and a Discovery Plan, including the issues related to discovery of electronically stored information if either party contemplates such discovery. The Court's

---

[1] The Court's local rules may be found at the following URL address: http://id.uscourts.gov/clerks/rules_orders/Civil_Local_Rules.cfm

Litigation Plan form and the Discovery Plan form may be found on the District Court's website, www.id.uscourts.gov, under Forms.[2]

   B. If the case is suitable for the Court's alternative dispute resolution (ADR) program, which type of ADR process is best suited to the specific circumstances of the case, and when the most appropriate time would be for the ADR session to be held. Dist. Idaho L. Rule 16.4.

3. Initial disclosures must be made by the parties pursuant to Federal Rule of Civil Procedure 26.1 and Dist. Idaho L. Rule 16.1.

4. If this matter is assigned to a magistrate judge, counsel must review and be familiar with Dist. Idaho L. Rule 73.1 regarding the consent process for proceeding before a magistrate judge. Additional information about the consent process may be found on the Court's website.[3]

5. The Court will conduct a **telephonic scheduling conference** on **June 18, 2025**, at **3:15 p.m.** mountain time (Boise chambers), for purposes of confirming the deadlines proposed by the parties in the joint Litigation Plan.

6. **Plaintiff** must initiate the conference call to (208) 334-9239 and must have all appropriate parties on the line.

7. On or before **June 11, 2025**, the parties must file with the Court the joint Litigation Plan and Discovery Plan.

DATED: May 15, 2025

Amanda K. Brailsford
U.S. District Court Judge

---

[2] The URL address to access the Court's forms may be found here: http://id.uscourts.gov/district/forms_fees_rules/Civil_Forms.cfm

[3] Information about the consent process may be found at the following URL address: http://www.id.uscourts.gov/district/judges/Magistrate_Judge_Consent.cfm

LITIGATION ORDER AND NOTICE OF TELEPHONIC SCHEDULING CONFERENCE - 2